08-15-00326-CV

BERTHA A. PRIETO, RPR
County Court at Law Number Five
Official Court Reporter, Expires Dec. 31, 2016
500 E. San Antonio, Rm. 806
El Paso, Texas 79901
(915) 546-2004 Ext. 3238
Fax (915) 543-3861

FILED IN
8th COURT OF APPEALS
EL PASO, TEXAS
11/30/2015 2:03:00 PM
DENISE PACHECO
Clerk

November 30, 2015

Ms. Denise Pacheco, Clerk
Court of Appeals
Eighth District of Texas
El Paso County Courthouse
500 E. San Antonio, Suite 1203
El Paso, Texas 79901

      **Re:    Trial Court Cause No. 2014-DCV-2741**
              **Court of Appeals Number: 08-15-00326-CV**
              **Style: Daniel A. Ramirez v. GEICO a/k/a Government Employees Insurance Company**

Dear Ms. Pacheco:

    I, Bertha A. Prieto, Official Court Reporter for County Court at Law Number Five, am notifying the Court of Appeals that I have this day, November 30, 2015, received designation and payment from Mr. Daniel Ramirez and am requesting the Court of Appeals grant me an extension of two days in order to file the Reporter's Record.

    Thank you for your consideration in this matter.

              Respectfully,

              BERTHA A. PRIETO
              County Court at Law Number Five
              Certified Shorthand Reporter